IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED
DEC 1 8 2018
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TYLER LEWIS WATSON, ) <br> ) <br> ) <br> Defendant. ) | Case No. 18- 10068 <br><br> VIO:  18 U.S.C. §§ 2251(a), (e), <br> 2252A(a)(5)(B), and (b)(2). |

INDICTMENT

THE GRAND JURY CHARGES:

COUNT ONE
(Production of Child Pornography)

On or about June 1, 2018, in the Central District of Illinois, the defendant,

TYLER LEWIS WATSON,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

1

## COUNT TWO

### (Production of Child Pornography)

On or about June 2, 2018, in the Central District of Illinois, the defendant,

**TYLER LEWIS WATSON,**

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT THREE
### (Possession of Child Pornography)

On or about June 4, 2018 in the Central District of Illinois, the defendant,

**TYLER LEWIS WATSON,**

knowingly possessed a cellular telephone that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A) and (B), that involved a prepubescent minors and minors who had not attained twelve years of age, said images and videos had been shipped and transported using any means and facility of interstate and foreign commerce by any means, including by cellular telephone, and which have been produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by cellular telephone.

In violation of Title 18, United States Code, Sections 2252A (a)(5)(B) and (b)(2).

# FORFEITURE NOTICE

1. The charges contained in the Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2. For his engagement in the violations alleged in the indictment the defendant,

## TYLER LEWIS WATSON,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

    a. Any visual depictions or other matter containing such visual depictions which were produced, transported, mailed, shipped, received, or possessed as alleged in the Indictment;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in the Indictment; and

    c. Any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged in the Indictment.

3. The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, video recorders and accessories, cameras, computer hardware, such as monitors, central processing units, keyboards,

computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including the specific equipment listed:

- Motorola E4, model XT1766, Serial number SJUG8016AA, and sim card

All pursuant to Title 18, United States Code, Section 2253.

A true bill.

s/Foreperson

Foreperson

s/Adam W Ghrist

_____
JOHN C. MILHISER
UNITED STATES ATTORNEY
AWG

5